# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:17-CR-118 (2) |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| BRANDON JOHNSON, | : | |
| Defendant. | : | |

## ORDER

Upon motion of the United States of America, pursuant to Federal Rule of Criminal Procedure 48(a), and for the reasons set forth in the United States' Motion for Leave to Dismiss the Charges In the Indictment Against Defendant Brandon Johnson, the Court hereby grants leave to dismiss those charges in this case. Those charges in the Indictment lodged against Defendant Brandon Johnson in Counts 1, 2 and 3 are hereby dismissed, and the case as it concerns him is closed.

**IT IS SO ORDERED.**

_____
HON. TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE